UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.	CASE NO. 8:03-CR-308-T-17 TBM

WILLIE CALHOUN

### ORDER MODIFYING CONDITIONS OF RELEASE

THIS CAUSE having come on for consideration upon the oral motion of the United States made at the January 31, 2011, revocation hearing, requesting that the Court revoke the terms of the Defendant's bail pending conclusion of the Defendant's final revocation proceedings, it is hereby ORDERED, ADJUDGED and DECREED that the terms of the Defendant's release are modified as follows:

1.	The Defendant shall participate in the Home Detention Program until February 11, 2011.  During this time, the Defendant shall remain at his residence located at 1362 Preston Street South, St. Petersburg, Florida (hereinafter Residence), except for employment, only during the period from 8:00 a.m. to 5:00 p.m., during weekdays from Monday through Friday, and to attend religious services on Sunday, February 6, 2011, from 10:00 a.m. to 12:30 p.m.  The Defendant shall be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Officer.

2. The Defendant shall be required to contribute to the costs of these services not to exceed an amount determined to be reasonable by the Probation Office based on ability to pay.

3. The Defendant shall be prohibited from using any telephone except for the purpose of communicating with the Defendant's Probation Officer, Defendant's attorney in this case, and the Defendant's current place of employment.  Further, when communicating by telephone with the Defendant's Probation Officer, Defendant's attorney, or his place of employment, the Defendant shall only be permitted to use the following telephones:

   A. The land line telephone at the Residence, that is, telephone number (727) 824-7220 or

   B. Defendant's cellular telephone number (727) 563-6588.

4. The Defendant is prohibited from having any contact with Ms. Yolanda Williams, who is the victim of the Defendant's domestic battery charge which forms one of the grounds for the Defendant's violation of supervised release in this case.  The prohibition against any contact with Ms. Williams includes any contact whatsoever, including, but not limited to, any telephonic contact, any in person contact, or any contact through third parties acting on behalf of the Defendant.

5. The Defendant shall refrain from consuming any alcoholic beverages.

6.  The Defendant shall abide by any additional conditions of the Defendant's release previously ordered by the Court.

DONE AND ORDERED this 1st day of February, 2011.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE